1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10
11   ODVEN LUIS MINERO LEON,        )   Case No. SA CV 10-0495 SJO (JCG)
                                     )
           Petitioner,              )
12                                   )   **JUDGMENT**
           v.                       )
13                                   )
     MIKE McDONALD, Warden,          )
14                                   )
           Respondent.              )
15                                   )
                                     )
16   _____    )
17
18        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
19   **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
20   Recommendation.
21
22
23                 November 16, 2011.
     DATED: _____        _S. James Otero_
24
25                                     _____
                                           HON. S. JAMES OTERO
26                                     UNITED STATES DISTRICT JUDGE
27
28