# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODVEN LUIS MINERO LEON, | Case No. SA CV 10-0495 SJO (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE McDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 16, 2011.

*S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE